STATE of Missouri, Respondent,

v.

Anthony ESTELL, Appellant.

No. WD 54243.

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel M. Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Anthony Estell appeals the circuit court's judgment of his conviction and sentence, following a jury trial, of offering violence, § 217.385, RSMo 1994.

Judgment affirmed. Rule 30.25(b).